**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **LAWRENCE H. THOMPSON,** | § |
| | § |
| Petitioner, | § |
| | § |
| v. | § Civil Action No. 3:06-CV-2144-D |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| Respondent. | § |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, respondent's January 22, 2007 motion to dismissed is granted, and this action is dismissed without prejudice by judgment filed today,

**SO ORDERED**.

May 21, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE